

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00233-CV

Jeremiah A. **MARTIN**,
Appellant

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV01933
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED granting the motion to reinstate filed by appellant Jeremiah A. Martin in the underlying cause. The cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Jeremiah A. Martin, recover his costs of this appeal from appellee, Federal National Mortgage Association.

SIGNED April 20, 2016.

_____
Marialyn Barnard, Justice